IN THE UNITED STATES DISTRICT COURT;
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | |
|---|---|---|
| Civil Action: | 18-cv-02104-DME-NYW | Date: January 17, 2019 |
| Courtroom Deputy: | Brandy Wilkins | FTR: NYW COURTROOM A-502* |

| *Parties* | *Attorney(s)* |
|---|---|
| MIKE MARICONDA, | *Laurence J. Hasson* |
| | *Jeffrey A. Berens* |
| **Plaintiff,** | |
| v. | |
| FARMLAND PARTNERS INC., | *James J. Beha, II* |
| PAUL A. PITTMAN, | |
| LUCA FABBRI, | |
| **Defendants,** | |
| & | |
| MALCOLM JONES, | |
| ALBERT G. DRIVER, JR. | |
| ANNETTE DRIVER FORRY, | |
| DOUGLAS BARBER, | |
| **Movants,** | |
| & | |
| THE TURNER INSURANCE AGENCY, INC., | |
| CECILIA TURNER, | |
| **Interested Parties.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**STATUS CONFERENCE**

Court in Session: 1:02 p.m.

Appearance of counsel. No one is present on behalf of Movant's or Interested Parties. Present with counsel for Defendants is Ms. Erica Borenstein, General Counsel for Farmland Partners Inc.

Parties discuss the automatic stay of discovery mentioned in the proposed Scheduling Order [41] filed January 10, 2019. No proposed motion to dismiss has been filed. No lead plaintiff has been appointed.

Discussion held regarding why Plaintiff needs until March 18, 2019, to file an amended complaint.

The court will truncate the deadlines proposed.

**ORDERED: Plaintiff shall file a consolidated amended complaint on or before March 11, 2019, which will correct the caption pursuant to the court's ruling on lead plaintiff. Defendants shall respond to the amended complaint on or before April 15, 2019. The reply is due on or before May 17, 2019.  A reply brief is due on or before June 3, 2019.**

**ORDERED: Parties shall contact the chambers of this magistrate judge to request a Scheduling Conference within three business days of any ruling on the dispositive motions, or if no dispositive motions are filed, three business days of April 15, 2019.**

Court in Recess:  1:17 p.m.           Hearing concluded.           Total time in Court: 00:15

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.