**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-02104-DME-NYW

DON BROKOP, Individually
and on behalf of all others similarly situated,

Plaintiffs,

v.

FARMLAND PARTNERS INC.,
PAUL A. PITTMAN, and
LUCA FABBRI,

Defendants.

---

**DECLARATION OF JOCELYN E. GREER IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF GREGG M. EDWARDS**

---

I, Jocelyn E. Greer, declare under penalty of perjury that the following is true and correct based upon my personal knowledge:

1. I am an attorney licensed to practice law in the State of New York and am admitted before this Court. I work at the law firm Morrison & Foerster LLP and am counsel of record for defendants Farmland Partners Inc. ("Farmland"), Paul A. Pittman, and Luca Fabbri (collectively, "Defendants") in the above-captioned matter (the "Action"). I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt of the deposition of Gregg Edwards taken in this Action on September 22, 2021.

3. Attached hereto as Exhibit 2 is a true and correct copy of an article authored by Rota Fortunae, dated July 11, 2018, titled "Farmland Partners: Loans to Related-Party Tenants Introduce Risk of Insolvency – Shares Uninvestible" and published on Seeking Alpha..

4. Attached hereto as Exhibit 3 is a true and correct copy of the Expert Report of Tiago Duarte-Silva, dated August 31, 2021.

5. Attached hereto as Exhibit 4 is a true and correct copy of a press release titled "Farmland Partners Inc. Responds to Unfounded Allegations," dated July 11, 2018.

6. Attached hereto as Exhibit 5 is a true and correct copy of a press release titled "Farmland Partners Provides Rebuttal to Inaccurate, Misleading and Anonymous Internet Posting on Seeking Alpha," dated July 17, 2018.

7. Attached hereto as Exhibit 6 is a true and correct copy of a document produced by Sabrepoint Capital Management, LP in this Action Bates stamped SABREPOINT000132.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Expert Report of Gregg M. Edwards in this Action, dated July 28, 2021.

9. Attached hereto as Exhibit 8 is a true and correct copy of an excerpt of the deposition of Tiago Duarte-Silva taken in this Action on September 17, 2021.

10. Attached hereto as Exhibit 9 is a true and correct copy a press release titled "Mathews Settlement Press Release," dated June 20, 2021.

11. Attached hereto as Exhibit 10 is a true and correct copy of the Expert Report of Jonathan Brogaard, Ph.D., in this Action, dated July 29, 2021.

12. Attached hereto as Exhibit 11 is a true and correct copy of Seeking Alpha's notice of blocking Rota Fortunae's account for intentional inclusion of material factual inaccuracies in submitted content.

13. Attached hereto as Exhibit 12 is a true and correct copy of Farmland Partners' press release titled "'Rota Fortunae,' Author of July 2018 Attack on Farmland Partners, Retracts Short and Distort Article, Admits Article's Falsity, and Returns Multiples of Trading Profits He Gained From Attack," dated June 21, 2021.

Executed on: November 16, 2021

Respectfully submitted,

*/s/ Jocelyn E. Greer*

Jocelyn E. Greer
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
Telephone: 212.468.8000
Facsimile: 212.468.7900
JGreer@mofo.com

*Attorney for Defendants*