**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-02104-DME-NYW

DON BROKOP, as trustee of the BROKOP FAMILY TRUST, and on behalf of all others similarly situated,

Plaintiff,

v.

FARMLAND PARTNERS INC., PAUL A. PITTMAN, and LUCA FABBRI,

Defendants.

**DECLARATION OF LAURENCE J. HASSON IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, LAURENCE J. HASSON, hereby declare, under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

1. I am a member in good standing of the bar of New York. I am a partner of the law firm of Bernstein Liebhard LLP, Lead Counsel for Class Representative and Lead Plaintiff Don Brokop and Lead Counsel for the Class.

2. I submit this declaration in support of Plaintiff's Motion for Partial Summary Judgment in the above-referenced proceeding, pursuant to Local Rule 56.1.

3. Attached hereto as **Exhibit 1** is a true and accurate copy of Expert Report of Brian Duffy, CPA dated July 29, 2021.

4. Attached hereto as **Exhibit 2** is a true and accurate copy of relevant pages from a transcript of the Farmland Partners, Inc. ("FPI" or the "Company") 30(b)(6) deposition of Richard Keck dated June 17, 2021.

5. Attached hereto as **Exhibit 3** is a true and accurate copy of relevant pages from a transcript of the deposition of Jesse Hough dated June 8, 2021.

6. Attached hereto as **Exhibit 4** is a true and accurate copy of a FPI Related Party Disclosure (the "RP Memo") dated December 31, 2015. [Bates No.: FARMLAND_00057522-57525].

7. Attached hereto as **Exhibit 5** is a true and accurate copy of relevant pages from a transcript of the deposition of Michelle Chmielewski dated May 28, 2021.

8. Attached hereto as **Exhibit 6** is a true and accurate copy of an email dated June 16, 2016 from Michelle Chmielewski to Simon Dexter with an attachment of FPI Related Party Transactions process "walkthrough narratives". [Bates No.: Farmland_00029245 and Farmland_00029307-29310].

9. Attached hereto as **Exhibit 7** is a true and accurate copy of FPI's Initial Public Offering Prospectus dated April 10, 2014.

10. Attached hereto as **Exhibit 8** is a true and accurate copy of a Pittman Hough Reorganization Agreement dated March 11, 2016, effective December 31, 2015. [Bates No.: Farmland_00015867-15888].

11. Attached hereto as **Exhibit 9** is a true and accurate copy of an email string between Richard Keck and Luca Fabbri dated June 1, 2016. [Bates No.: FARMLAND_00019250].

12. Attached hereto as **Exhibit 10** is a true and accurate copy of an email string between Jesse Hough and Paul Pittman dated November 17, 2016. [Bates No.: FARMLAND_00016288-16289].

13. Attached hereto as **Exhibit 11** is a true and accurate copy of an email string between Richard Keck and Chris Wardenburg dated June 25, 2017. [Bates No.: FARMLAND_00006078-6081].

14. Attached hereto as **Exhibit 12** is a true and accurate copy of the Expert Report of Daniel Sunderland, CPA dated July 29, 2021.

15. Attached hereto as **Exhibit 13** is a true and accurate copy of correspondence from FPI to Ryan Niebur dated August 21, 2015. [Bates No.: FARMLAND_ 00017459- 17460].

16. Attached hereto as **Exhibit 14** is a true and accurate copy of FPI's Securities and Exchange Commission ("SEC") Form 10-Q for the quarterly period ended March 31, 2014.

17. Attached hereto as **Exhibit 15** is a true and accurate copy of FPI's SEC Form 10-K for the fiscal year ended December 31, 2014.

18. Attached hereto as **Exhibit 16** is a true and accurate copy of a management chart. [Bates No.: Farmland_00041622].

19. Attached hereto as **Exhibit 17** is a true and accurate copy of a First Amended Consulting Agreement dated April 16, 2015. [Bates No.: FARMLAND_00098108- 98119].

20. Attached hereto as **Exhibit 18** is a true and accurate copy of relevant pages from a transcript of the deposition of Luca Fabbri dated June 2, 2021.

21. Attached hereto as **Exhibit 19** is a true and accurate copy of a Second Amended Consulting Agreement dated June 30, 2015. [Bates No.: FPI_00016378].

22. Attached hereto as **Exhibit 20** is a true and accurate copy of relevant pages from a transcript of the deposition of Wendy McCray-Benoit, Corporate Designee dated May 27, 2021.

23. Attached hereto as **Exhibit 21** is a true and accurate copy of relevant pages from a transcript of the deposition of Paul Pittman dated June 23, 2021.

24. Attached hereto as **Exhibit 22** is a true and accurate copy of FPI's Securities and SEC Form 10-Q for the quarterly period ended March 31, 2015.

25. Attached hereto as **Exhibit 23** is a true and accurate copy of an article dated March 31, 2015. [Bates No.: FARMLAND_00174301].

26. Attached hereto as **Exhibit 24** is a true and accurate copy of an email string between John M. Burlingame and Luca Fabbri dated July 8, 2015. [Bates No.: FARMLAND_0017572-17573].

27. Attached hereto as **Exhibit 25** is a true and accurate copy of an email string between Clay Stockett, Paul Pittman and Luca Fabbri dated April 8, 2016. [Bates No.: FARMLAND_00174299].

28. Attached hereto as **Exhibit 26** is a true and accurate copy of an email string between Clay Stockett, Paul Pittman, and Luca Fabbri dated January 28, 2015. [Bates No.: FARMLAND_ 00018107].

29. Attached hereto as **Exhibit 27** is a true and accurate copy of FPI's SEC Form 8-K dated August 27, 2015.

30. Attached hereto as **Exhibit 28** is a true and accurate copy of a Term Note with effective date of January 28, 2015. [Bates No.: FARMLAND_ 00212264-212280].

31. Attached hereto as **Exhibit 29** is a true and accurate copy of FPI's SEC Form 10-K for the fiscal year ended December 31, 2016.

32. Attached hereto as **Exhibit 30** is a true and accurate copy of relevant pages from a transcript of the deposition of Daniel Sunderland dated October 1, 2021.

33. Attached hereto as **Exhibit 31** is a true and accurate copy of FPI's SEC Form 10-K for the fiscal year ended December 31, 2015. [Bates No.: FARMLAND_ 00045933-46054].

34. Attached hereto as **Exhibit 32** is a true and accurate copy of relevant pages from a transcript of the deposition of Paul Pittman dated June 23, 2021.

35. Attached hereto as **Exhibit 33** is a true and accurate copy of relevant pages from a transcript of the deposition of Simon Dexter dated June 24, 2021.

36. Attached hereto as **Exhibit 34** is a true and accurate copy of relevant pages from a transcript of the deposition of Ryan Niebur dated May 26, 2021.

37. Attached hereto as **Exhibit 35** is a true and accurate copy of correspondence from FPI to Ryan Niebur dated September 2, 2015.

38. Attached hereto as **Exhibit 36** is a true and accurate copy of a FPI Company Presentation dated November 2015. [Bates No.: Farmland_00005408-5430].

39. Attached hereto as **Exhibit 37** is a true and accurate copy of a FPI Company Presentation dated November 2016. [Bates No.: Farmland_00015952-15977].

40. Attached hereto as **Exhibit 38** is a true and accurate copy of an email string between Luca Fabbri and Jesse Hough dated March 31, 2015. [Bates No.: HOUGH_RF_00002267].

41. Attached hereto as **Exhibit 39** is a true and accurate copy of Farmland Partners Employee Improvement Plan Summary dated October 11, 2016. [Bates No.: Farmland_00062679- 62682].

42. Attached hereto as **Exhibit 40** is a true and accurate copy of a Promissory Note dated October 30, 2015. [Bates No.: FARMLAND_00095045-95047].

43. Attached hereto as **Exhibit 41** is a true and accurate copy of an email between Ryan Niebur and Richard Keck dated September 30, 2015.

44. Attached hereto as **Exhibit 42** is a true and accurate copy of an email between Paul Pittman and Richard Keck dated October 30, 2015. [Bates No.: FARMLAND_00017367].

45. Attached hereto as **Exhibit 43** is a true and accurate copy of an email between Richard Keck and Paul Pittman dated September 1, 2015. [Bates No.: FARMLAND_00017638].

46. Attached hereto as **Exhibit 44** is a true and accurate copy of an email string between Richard Keck and Paul Pittman dated October 30, 2015. [Bates No.: FARMLAND_00017364-17365].

47. Attached hereto as **Exhibit 45** is a true and accurate copy of a FPI Board of Directors Presentation dated November 20, 2015. [Bates No.: Farmland_00040375-40466].

48. Attached hereto as **Exhibit 46** is a true and accurate copy of a Loan Approval Memorandum from Rich Keck dated October 13, 2015. [Bates No.: PwC000012].

49. Attached hereto as **Exhibit 47** is a true and accurate copy of a FPI Related party listing for Fiscal Year 2015 Audit. [Bates No.: PwC000008].

50. Attached hereto as **Exhibit 48** is a true and accurate copy of a Related Parties document. [Bates No.: Farmland_00029666-29667].

51. Attached hereto as **Exhibit 49** is a true and accurate copy of FPI's 2015 Audit Related Parties and Significant Unusual Transaction - Completion for period end date of December 31, 2015. [Bates No.: PwC000013].

52. Attached hereto as **Exhibit 50** is a true and accurate copy of an email string dated August 16-17, 2016 between Luca Fabbri and Simon Dexter. [Bates number FARMLAND_00014116-14118].

53. Attached hereto as **Exhibit 51** is a true and accurate copy of an FPI Related Party Transactions process chart. [Bates No.: Farmland_00062553-62556].

54. Attached hereto as **Exhibit 52** is a true and accurate copy of Plaintiffs' Second Amended Complaint dated December 8, 2020. [ECF No. 139].

55. Attached hereto as **Exhibit 53** is a true and accurate copy of Defendants' Answer to Plaintiffs' Second Amended Complaint dated December 21, 2020. [ECF No. 146].

56. Attached hereto as **Exhibit 54** is a true and accurate copy of a Promissory Note with an effective date of July 25, 2017. [Bates No.: FARMLAND_00006255-6271].

57. Attached hereto as **Exhibit 55** is a true and accurate copy of a Promissory Note dated August 25, 2017. [Bates No.: FARMLAND_00066164-66167].

58. Attached hereto as **Exhibit 56** is a true and accurate copy of a Promissory Note dated January 2018. [Bates No.: FARMLAND_00178050-178055].

59. Attached hereto as **Exhibit 57** is a true and accurate copy of Defendants' Responses to Plaintiffs' Requests for Admission dated May 17, 2021.

60. Attached hereto as **Exhibit 58** is a true and accurate copy of Defendant's Responses to Plaintiff's Notice of Rule 30(b)(6) Deposition for FPI dated May 10, 2021.

Dated: November 16, 2021

/s/ Laurence J. Hasson

LAURENCE J. HASSON