**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-02104-DME-NYW

DON BROKOP, as trustee of the BROKOP FAMILY TRUST, and on behalf of all others similarly situated,

Plaintiff,

v.

FARMLAND PARTNERS INC.,
PAUL A. PITTMAN, and
LUCA FABBRI,

Defendants.

**DECLARATION OF LAURENCE J. HASSON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, LAURENCE J. HASSON, hereby declare, under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

1. I am a member in good standing of the bar of New York and am admitted before this Court. I am a partner of the law firm of Bernstein Liebhard LLP, Lead Counsel for Class Representative and Lead Plaintiff Don Brokop and Lead Counsel for the Class.

2. I submit this declaration in support of Plaintiff's Motion for Partial Summary Judgment in the above-referenced proceeding, pursuant to Local Rule 56.1.

3. Attached hereto as **Exhibit 57** is a true and accurate copy of Defendants' Responses to Plaintiffs' Requests for Admission dated May 17, 2021.

4. Attached hereto as **Exhibit 58** is a true and accurate copy of Defendant's Responses to Plaintiff's Notice of Rule 30(b)(6) Deposition for FPI dated May 10, 2021.

5. Attached hereto as **Exhibit 59** is a true and accurate copy of relevant pages from a transcript of the deposition of Paul Pittman dated June 23, 2021.

6. Attached hereto as **Exhibit 60** is a true and accurate copy of an email between Luca Fabbri and Paul Pittman dated March 8, 2016 [Bates No.: FARMLAND_00112919].

7. Attached hereto as **Exhibit 61** is a true and accurate copy of relevant pages from a transcript of the deposition of Luca Fabbri dated June 2, 2021.

8. Attached hereto as **Exhibit 62** is a true and accurate copy of relevant pages from a transcript of the Farmland Partners, Inc. ("FPI") or the "Company") 30(b)(6) deposition of Richard Keck dated June 17, 2021.

9. Attached hereto as **Exhibit 63** is a true and accurate copy of relevant pages from a transcript of the deposition of Daniel Sunderland dated October 1, 2021.

10. Attached hereto as **Exhibit 64** is a true and accurate copy of relevant pages from a transcript of the deposition of Michelle Chmielewski dated May 28, 2021.

11. Attached hereto as **Exhibit 65** is a true and accurate copy of relevant pages from a transcript of the deposition of Jesse Hough dated June 8, 2021.

12. Attached hereto as **Exhibit 66** is a true and accurate copy of relevant pages from a transcript of the deposition of Wendy McCray-Benoit, Corporate Designee dated May 27, 2021.

13. Attached hereto as **Exhibit 67** is a true and accurate copy of relevant pages from an email between Simon Dexter and Chelsi Bohnhoff dated July 26, 2016. [FARMLAND_00030355; 378-379].

14. Attached hereto as **Exhibit 68** is a true and accurate copy of an email between Ashley Delva and Simon Dexter dated August 18, 2016 [Bates No.: FARMLAND_00014116-14118].

15. Attached hereto as **Exhibit 69** is a true and accurate copy of relevant pages from a transcript of the deposition of the designated representative of Plante & Moran, Steven Schenbeck, dated June 21, 2021.

16. Attached hereto as **Exhibit 70** is a true and accurate copy of relevant pages from an email between Richard Keck and Paul Pittman dated August 27, 2015. [Bates No.: FPI_00019968].

17. Attached hereto as **Exhibit 71** is a true and accurate copy of relevant pages from an email from Richard Keck to Richard Keck. [Bates No.: FARMLAND_00052162-52170].

18. Attached hereto as **Exhibit 72** is a true and accurate copy of relevant pages from an email between Richard Keck and Derek (sandefarm@gmail.com) dated August 28, 2015. [Bates No.: FARMLAND_00019810].

19. Attached hereto as **Exhibit 73** is a true and accurate copy of relevant pages from an email between Jesse Hough and Richard Keck. dated August 14, 2017. [Bates No.: FARMLAND_00049474].

20. Attached hereto as **Exhibit 74** is a true and accurate copy of relevant pages from a transcript of the deposition of Brian Duffy dated September 27, 2021.

21. Attached hereto as **Exhibit 75** is a true and accurate copy of relevant pages from an email between Wade Harrison and Richard Keck. [Bates No.: FARMLAND_00126306-126307].

22. Attached hereto as **Exhibit 76** is a true and accurate copy of relevant pages from a transcript of the deposition of Simon Dexter dated June 24, 2021.

23. Attached hereto as **Exhibit 77** is a true and accurate copy of relevant pages from an email between Emily Pillars and Erica Borenstein dated July 16, 2018. [Bates No.: FARMLAND_00019996 – 19997].

24. Attached hereto as **Exhibit 78** is a true and accurate copy of a Loan Approval Memorandum dated October 13, 2015. [Bates No.: PwC000012].

25. Attached hereto as **Exhibit 79** is a true and accurate copy of Farmland Intelligencer Blog posted on March 31, 2015. [Bates No.: FARMLAND_00174299; 174301].

26. Attached hereto as **Exhibit 80** is a true and accurate copy of an email between Eric Sarff and Paul Pittman dated February 10, 2017. [Bates No: FARMLAND_00016115-16].

27. Attached hereto as **Exhibit 81** is a true and accurate copy of an email between Eric Sarff and Rich Keck dated February 18, 2017. [ Bates No: FARMLAND_00018674-75].

28. Attached hereto as **Exhibit 82** is a true and accurate copy of an email between Luca Fabbri and Paul Pittman dated April 15, 2017. [Bates No.: FARMLAND_00035618-35619].

29. Attached hereto as **Exhibit 83** is a true and accurate copy of an email between Asheley Delva and Simon Dexter dated August 18, 2016. [Bates No.: FARMLAND_0014116-00014118].

30. Attached hereto as **Exhibit 84** is a true and accurate copy of an Order in Farmland Partners, Inc. v. First Sabrepoint, et al, Cause. No. DC-21-08643 entered December 17, 2021.

31. Attached hereto as **Exhibit 85** is a true and accurate copy of an Order in Farmland Partners, Inc. v. Rota Fortunae, et al, Case. No. 18-cv-02351 at ECF No.: 206 entered February 26, 2021.

Dated: January 18, 2022

/s/ Laurence J. Hasson

LAURENCE J. HASSON