**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-02104-DME-NYW

DON BROKOP, as Trustee for the Brokop Living Trust,
and on behalf of all others similarly situated,

Plaintiffs,

v.

FARMLAND PARTNERS INC.,
PAUL A. PITTMAN, and
LUCA FABBRI,

Defendants.

---

**DECLARATION OF JOCELYN E. GREER IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO EXCLUDE THE EXPERT TESTIMONY OF GREGG M. EDWARDS**

---

I, Jocelyn E. Greer, declare under penalty of perjury that the following is true and correct based upon my personal knowledge:

1. I am an attorney licensed to practice law in the State of New York and am admitted before this Court. I work at the law firm Morrison & Foerster LLP and am counsel of record for defendants Farmland Partners Inc. ("Farmland"), Paul A. Pittman, and Luca Fabbri (collectively, "Defendants") in the above-captioned matter (the "Action"). I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, could and would competently testify thereto.

2. Attached hereto as Exhibit 13 is a true and correct copy of an excerpt of the transcript of the hearing in this matter on April 13, 2021 before Magistrate Judge Nina Y. Wang.

3. Attached hereto as Exhibit 14 is a true and correct copy of the Expert Report of Gregg M. Edwards in this Action, dated December 16, 2019.

4. Attached hereto as Exhibit 15 is a true and correct copy of an excerpt of the transcript of the deposition of Gregg Edwards conducted on February 3, 2021.

5. Attached hereto as Exhibit 16 is a true and correct copy of an article authored by Saif Ullah, Nadia Massoud and Barry Scholnick, titled “The Impact of Fraudulent False Information on Equity Values,” published in the Journal of Business Ethics on March 1, 2013.

6. Attached hereto as Exhibit 17 is a true and correct copy of an article authored by Perrie M. Weiner, Robert D. Weber and Kirby Hsu, titled “The growing menace of ‘short and distort’ campaigns,” dated August 31, 2017.

Executed on: February 17, 2022

Respectfully submitted,

*/s/ Jocelyn E. Greer*