IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02104-DME-NYW

DON BROKOP, as trustee of the Brokop Living Trust, and on behalf of all others similarly situated,

    Plaintiff,

v.

FARMLAND PARTNERS INC.,
PAUL A. PITTMAN, and
LUCA FABBRI,

    Defendants.

---

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendants' Motion for Summary Judgment (Doc. 221) of United States Circuit Court Judge David M. Ebel entered on April 5, 2022 (Doc. 297), it is

ORDERED that Defendants' Motion for Summary Judgment (Doc. 221) is GRANTED. It is

FURTHER ORDERED that Plaintiff's Motion for Partial Summary Judgment (Doc. 220) is DENIED AS MOOT. It is

FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendants and against Plaintiff. It is

FURTHER ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 6th day of April, 2022.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk